IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MONICA COLEMAN, Surviving Spouse of Sanford Ronald Coleman, Deceased, and MONICA COLEMAN, Executor of the Estate of Sanford Ronald Coleman, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>WERNER ENTERPRISES, INC., FLAGSHIP TRANSPORTATION, LLC, N.R.W., INC., WAL-MART TRANSPORTATION, LLC, ACE AMERICAN INSURANCE COMPANY, NATIONAL CASUALTY COMPANY, CLAUDE REGINALD MOBLEY, and JON PAUL CROMWELL,<br><br>    Defendants. | * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO.:<br>1:14-cv-03566-CAP |

## **STIPULATION OF DISMISSAL**

COME NOW all parties to this action, by their counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate that this action should be dismissed in its entirety, with prejudice.

This 2nd day of February, 2015.

Respectfully submitted,

/s/ Brandon L. Peak
BUTLER WOOTEN CHEELEY & PEAK LLP
BRANDON L. PEAK
Georgia Bar No. 141605
brandon@butlerwooten.com
105 13th Street
Post Office Box 2766
Columbus, Georgia  31902
Tel:  (706) 322-1990
Fax:  (706) 323-2962

/s/ Ronald E. Mabra Jr.
THE MABRA FIRM, LLC
Ronald E. Mabra Jr.
Georgia Bar No. 141249
ronnie@mabrafirm.com
197 Fourteenth Street NW
Suite 200
Atlanta, Georgia  30318
Tel:  (404) 344-5255
Fax:  (404) 344-5254
*Attorneys for Plaintiffs*

/s/ David A. Dial
David A. Dial
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
Georgia Bar No. 220329
ddial@wwhgd.com
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
Tel: (404) 876-2700
Fax: (404) 875-9433
*Attorneys for Defendants Flagship Transportation LLC, N.R.W., Inc., Jon Paul Cromwell*

/s/ Kevin P. Branch
MCMICKLE, KUREY & BRANCH LLP
Kevin P. Branch
Georgia Bar No. 111839
kpb@mkblawfirm.com
200 S. Main Street
Alpharetta, GA 30009
Tel: (678) 824-7800
Fax: (678) 824-7801
*Attorneys for National Casualty Company*

/s/ Scott H. Moulton
Scott H. Moulton
HALL BOOTH SMITH, PC
Georgia Bar No. 974237
smoulton@hallboothsmith.com
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303-1704
Tel: (404) 954-5000
Fax: (404) 954-5020
*Attorney for Defendants Werner Enterprises, Inc.,
Claude Reginald Mobley, Wal-Mart Transportation, LLC
and Ace American Insurance Company*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

|  |  |
|---|---|
| | /s/ Brandon L. Peak |
| | JAMES E. BUTLER, JR. |
| | Georgia Bar No. 099625 |
| | jim@butlerwooten.com |
| 105 13th Street | BRANDON L. PEAK |
| Post Office Box 2766 | Georgia Bar No. 141605 |
| Columbus, Georgia  31902 | brandon@butlerwooten.com |
| Tel:  (706) 322-1990 | MARY K. WEEKS |
| Fax: (706) 323-2962 | Georgia Bar No. 556110 |
| | mary@butlerwooten.com |

        AND

THE MABRA FIRM, LLC
Ronald E. Mabra Jr.
Georgia Bar No. 141249
197 Fourteenth Street NW
Suite 200
Atlanta, Georgia  30318
Tel:  (404) 344-5255
Fax:  (404) 344-5254

***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **Stipulation of Dismissal** upon all parties to this matter by filing said document with the CM/ECF system which will automatically send electronic notification to the following:

David A. Dial
Richard H. Hill II
Jackson A. Dial
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
*Attorneys for Defendants Flagship Transportation LLC,*
*N.R.W., Inc., Jon Paul Cromwell*

Kevin P. Branch
Jon M. Hughes
McMickle, Kurey & Branch, LLP
200 S. Main Street
Alpharetta, GA 30009
*Attorneys for National Casualty Company*

Scott H. Moulton
Robert J. McCune
Hall Booth Smith, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303-1704
*Attorneys for Defendants Werner Enterprises, Inc., Claude Reginald Mobley,*
*Wal-Mart Transportation, LLC and Ace American Insurance Company*

This 2nd day of February, 2015.

          Respectfully submitted,

          BUTLER WOOTEN CHEELEY & PEAK LLP

          By:   /s/ Brandon L. Peak
                JAMES E. BUTLER, JR.
                Georgia Bar No. 099625
                jim@butlerwooten.com

105 13th Street         BRANDON L. PEAK
Post Office Box 2766     Georgia Bar No. 141605
Columbus, Georgia  31902   brandon@butlerwooten.com
Tel:  (706) 322-1990     MARY K. WEEKS
Fax: (706) 323-2962      Georgia Bar No. 556110
                   mary@butlerwooten.com

                 AND

              THE MABRA FIRM, LLC
              Ronald E. Mabra Jr.
              Georgia Bar No. 141249
              197 Fourteenth Street NW
              Suite 200
              Atlanta, Georgia  30318
              Tel:  (404) 344-5255
              Fax:  (404) 344-5254

              ***ATTORNEYS FOR PLAINTIFFS***